UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| RONALD D. GLICK, | Case No. CV-17-062-M-DLC |
| --- | --- |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| REVERSE MORTGAGE SOLUTIONS, INC. ET AL, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendations is ADOPTED IN FULL. This case is DISMISSED WITH PREJUDICE.

Dated this 31st day of August, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk